1  THIERRY V. BARKLEY, ESQ.
Nevada Bar No. 724
2  GORDON REES SCULLY
MANSUKHANI, LLP
3  1 East Liberty Street, Suite 424
Reno, NV 89501
4  Telephone:  (775) 467-2609
Facsimile:  (775) 460-4901
5  E-mail: tbarkley@grsm.com

6  *Attorneys for Defendant Tesla General Insurance*

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10 JAYLIN SANTANDER, an individual,        CASE NO.  2:25-cv-01214-RFB-EJY

11                      Plaintiff,

12        vs.                                **STATEMENT REGARDING**
                                             **REMOVAL**
13 TESLA GENERAL INSURANCE, INC., a Foreign
corporation; DOES I-X, unknown persons,
14
                      Defendants.
15

16

17        Pursuant to the Minute Order in Chambers dated July 7, 2025, [ECF 2] [a true and correct

18 copy is attached hereto for service], TESLA GENERAL INSURANCE, INC., (hereinafter

19 "TESLA"), by and through its undersigned counsel, THIERRY V. BARKLEY, ESQ. of

20 GORDON REES SCULLY MANSUKHANI, LLP, respectfully submits this Statement

21 Regarding Removal.

22        In response to the topic areas Numbers 1 and 2, on June 2, 2025, a service with a copy of

23 the Summons and Compliant in this action was completed by personal service on the State of

24 Nevada Commissioner for Insurance as statutory agent for Tesla General Insurance.

25        Tesla's registered CT Corporation service of process company did not receive the subject

26 service from the Secretary of State, Department of Insurance until June 6, 2025.

27        In response to category 3, as to diversity, the Plaintiff is a resident of Clark County,

28 Nevada, and a citizen of the State of Nevada.  Tesla General Insurance, Inc., is an Arizona

1  Corporation domiciled as a domestic insurer in the State of Arizona with its principal place of

2  business in Fremont, California.

3      As to the amount in controversy based upon the allegations contained in Plaintiff's State

4  Complaint, Plaintiff is seeking full benefits in the amount of $250,000.00 in UIM Policy benefits

5  so reflected on paragraphs 12 and 13 claimed damages.  As further reflected in the Declaration of

6  Counsel  in Support of the Notice of Removal, a true and correct copy of the March 14, 2025,

7  demand letter is also evidence of the amount of controversy.

8      At this point in time, there are no further responses to categories 5 and 6 of the Minute

9  Order.

10      DATED this 22nd day of July, 2025.

11

12                                                      GORDON REES SCULLY MANSUKHANI,
                                                        LLP

13

14                                                      By:   */s/  Thierry V. Barkley*
                                                              THIERRY V. BARKLEY, ESQ.

15                                                            Nevada Bar No. 724
                                                              1 East Liberty Street, Suite 424

16                                                            Reno, NV  89501
                                                              Telephone:  (775) 467-2609

17                                                            Facsimile:  (775) 460-4901
                                                              tbarkley@grsm.com

18                                                            *Attorneys for Defendant*
                                                               *Tesla General Insurance, Inc.*

19

20

21

22

23

24

25

26

27

28

-2-

1

**CERTIFICATE OF SERVICE**

2          Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify that I am

3   an employee of Gordon Rees Scully Mansukhani and that on this date, I served a true and

4   correct copy of the attached document(s) as follows:

5

6   _____ By placing the document(s) in a sealed envelope with first-class U.S. postage prepaid,
            and depositing it for mailing with the U.S. Postal Service in Reno, Nevada addressed to
7            the person at the address listed below.

     _XX_ By electronic service.  By filing the document with the court's electronic filing system
8            which serves counsel listed below electronically.

9   _____ By personally delivering the document(s) listed above, addressed to the person at the
            address as set forth below.
10

11  _____ By Federal Express.

     _____ By facsimile.
12

13          Ryan Alexander, Esq.
            Michael D. Navratil, Esq.
14          RYAN ALEXANDER, CHTD.
            3017 W. Charleston Blvd., Suite 10
15          Las Vegas, NV 89102

16          DATED this 22nd day of July, 2025.

17                                                          _____*/s/  Sam Baker*_____
                                                            Sam Baker
18

19

20

21

22

23

24

25

26

27

28

-3-

1

**INDEX OF EXHIBITS**

2    NO.     DESCRIPTION

3    1.      Minute Order

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28